```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 02074
   LEMUEL S BROWN
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-9579

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/31/08 .

   2.  The case was dismissed without confirmation, 03/14/2008.

--------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
        Summary of disbursements:
--------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00          .00         .00          .00
PRINCIPAL PAID          .00          .00          .00         .00          .00
INTEREST PAID           .00          .00          .00         .00          .00
TOTAL PAID              .00          .00          .00         .00          .00
The Debtor's attorney, PRO SE DEBTOR                  , was allowed $      .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




  Dated: 06/25/08              /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
CASE NO. 08 B 02074 LEMUEL S BROWN
```